UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN GLADEM, | ) |
| Plaintiff, | ) Civil Action No.1:14-cv-00783-GLR |
| v. | ) |
| CSX TRANSPORTATION, INC., | ) |
| Defendant. | ) |

[PROPOSED] ORDER

Pursuant to the Stipulation of Dismissal with Prejudice filed by Plaintiff John Gladem and Defendant CSX Transportation, Inc. on February 11, 2015, it is hereby

ORDERED that the above-captioned action is discontinued and dismissed with prejudice; and it is further

ORDERED that each party shall bear its own attorneys' fees and costs.

SO ORDERED on this 12TH day of Feb., 2015.

_____
Honorable George L. Russell, III
United States District Judge